**FILED**

MAY - 5

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Tamra Foggy, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 10 0718 |
| | ) | |
| United States Navy et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

The plaintiff has filed an application to proceed without prepayment of fees and a pro se

complaint. The application will be granted and the complaint will be dismissed.

In her complaint, the plaintiff states that she is suing for

> Termination of my life. To be medically killed. . . . Court must force hospital(s)
> open and block the Federal Bureau of Investigations [sic], United States Secret
> Service, U.S. Marshals, U.S. Customs, police levels, CSI and any not mentioned
> excluding: the Pentagon, Army, Navy, Air Force, Marines . . . Court must have
> my life terminated within 6 months. No women allowed. No women allowed.
> No Black Panthers allowed.

Compl. at 1-2 (the first page of the complaint is not numbered, and the Court adopts the

plaintiff's numbering system). Plaintiff also states that some of her organs were removed

without her knowledge, *id.* at 3, and she mentions an adoption of her son that she wants unsealed,

*id.* at 2.

The complaint appears to be based on "fantastic or delusional scenarios" warranting

summary dismissal. *Neitzke v. Williams*, 490 U.S. 319, 327-28 (1989) (determining that courts

have the "unusual power to pierce the veil of the complaint's factual allegations and dismiss

(N)

3

those claims whose factual contentions are clearly baseless"). Thus, the complaint will be dismissed under 28 U.S.C. § 1915(e)(2)(B)(*i*) (requiring dismissal of frivolous complaints).

A separate order accompanies this memorandum opinion.

Date: *April 14, 2010*

United States District Judge